Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Mrs. Yukie L. N. Soto-Elliott
Mr. Sasuke C. Soto-Elliott

~~Plaintiff(s)~~
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Omaha Police Department
~~City of Omaha~~
Metro Transit Omaha
~~Douglas County~~
~~State Farm Ins.~~
Julio Al[o]a  Offutt Air Force Base
Krystal G-Lca

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Offutt Air Force Base

Case No. **8:22CV325**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 SEP 14 AM 9:09
OFFICE OF THE CLERK

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Yukie Soto-Elliott / Sasuke Soto-Elliott |
| Street Address | 12057 Patrick Ave |
| City and County | Omaha NE 68164 |
| State and Zip Code | Douglas County |
| Telephone Number | 402 968 4105 Yukie |
| E-mail Address | 402 281 8434 Sasuke |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Sargent Mr Julio A Leal / Mrs Krystal G Leal
Job or Title (if known):
Street Address: 4027 Lafayette Ave
City and County: Douglas County Omaha
State and Zip Code: Omaha NE 68164
Telephone Number: 402 541 7445
E-mail Address (if known):

Defendant No. 2
Name: Omaha Police Department
Job or Title (if known):
Street Address: 505 South 15th St
City and County: Omaha Nebraska
State and Zip Code: Omaha Nebraska 68102
Telephone Number: 402 444 5600
E-mail Address (if known):

Defendant No. 3
Name: Metro transit Omaha
Job or Title (if known):
Street Address: 2222 Cummings St Omaha
City and County: Douglas County
State and Zip Code: Omaha NE 68102
Telephone Number: 402 341 0800
E-mail Address (if known):

Defendant No. 4
Name: Offutt Air force Base
Job or Title (if known):
Street Address: 55 Wing / SA 711 Nelson Drive stelle
City and County:
State and Zip Code: Offutt AFB NE 68113
Telephone Number: 402 294 3733 or 402 294 2348
E-mail Address (if known): 55WS.JAGenerlLaw@US.AFmiL

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [X] Diversity of citizenship

I'm Not Sure

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Government favoritism government corruption over seeing the Laws of Break cheking Road Rose Intentional Use to cause near wreck Failer to use hazards testers

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   Susoke C Seto - Elliott

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Yukie L.N. Seto Elliott , is a citizen of the
      State of *(name)* Nebraska .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated
      under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)*
      _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual Julio A Leal
      The defendant, *(name)* Mr. Mrs Krystal g Leal , is a citizen of
      the State of *(name)* Nebraska . Or is a citizen of
      *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) **Metro Transit Omaha / Omaha Police Department / Offutt Air Force Base**, is incorporated under the laws of the State of (name) **Nebraska**, and has its principal place of business in the State of (name) **Nebraska**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

**$3.5 Billion dollars for government corruption, government favoritism, Illegal break check, Illegal Road Rage, Intentional car wreck, Failure to use hazard to stop/slow down**

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Metro Area Transit Omaha failure to yield**
**Sarpef — Police Department favorited and dishonored the Laws and**
**Julio Leal — Dash camera we had to prove Intentional Car wreck**
**Offutt — One the defendants purposely caused the car accident**
**Air force Base — & He was in his uniform on duty. Article 92, 15, 16, 134, 128, 19, 33, 107, 113**

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

> The party of Julio A Leal and his wife pay for all damages. The police ticket Mr Leal. Mr Leal military whit give him an article 15 and discharge him for PTSD. City Aj the road and light

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/14/22

Signature of Plaintiff: *[signatures]*
Printed Name of Plaintiff: Yukie Soto-Elliott     Sasuke Soto-Elliott

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____