IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUKIE L.N. SOTO-ELLIOTT, and SASUKE C. SOTO-ELLIOTT, <br><br> Plaintiffs, <br><br> vs. <br><br> OMAHA POLICE DEPARTMENT, METRO TRANSIT OMAHA, JULIO A. LEAH, KRYSTAL G. LEAH, and OFFUTT AIR FORCE BASE, <br><br> Defendants. | 8:22CV325 <br><br> **MEMORANDUM AND ORDER** |

Plaintiff Yukie L.N. Sato-Elliot, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 6. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 19th day of October, 2022.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge