IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUKIE L.N. SOTO-ELLIOTT, and SASUKE C. SOTO-ELLIOTT,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>OMAHA POLICE DEPARTMENT, METRO TRANSIT OMAHA, JULIO A. LEAH, KRYSTAL G. LEAH, and OFFUTT AIR FORCE BASE,<br><br>　　　　　Defendants. | 8:22CV325<br><br>ORDER |

On June 22, 2023, the Court ordered Plaintiffs to file an amended complaint within 30 days or face dismissal of this action. Filing No. 11. To date, Plaintiffs have not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiffs failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 8th day of August, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge